UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL - 2 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-cr-00349 RWS/PLC |
| ) | |
| LEONARD BISHOP, ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about October 10, 2023, in St. Louis County, within the Eastern District of Missouri,

**LEONARD BISHOP,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute controlled substances, including but not limited to cocaine base and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, all scheduled controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(B)(vi).

### COUNT 2

The Grand Jury further charges that:

On or about October 10, 2023, in St. Louis County, within the Eastern District of Missouri,

**LEONARD BISHOP,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute

controlled substances, as charged in Count 1, in violation of Title 18, United States Code, Section 924(c)(l)(A).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 1, the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

2. Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation set forth in Count 1.

3. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 924(c) as set forth in Count 2, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used or intended to be used in said violation.

4. Specific property subject to forfeiture includes, but is not limited to, the following:

    a. AR-15 semi-automatic .223 pistol, equipped with a blue front rail, charging handle, and forward assist;

    b. Magazine and ammunition; and

    c. $4,470 in United States Currency

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____

FOREPERSON

MATTHEW T. DRAKE
Acting United States Attorney

_____
SAMANTHA J. REITZ, #73579MO
Special Assistant United States Attorney